IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | | |
|---|---|---|
| In re<br><br>DUAL D HEALTH CARE OPERATIONS, INC. d/b/a KEMP CARE CENTER, LLC,<br><br>　　Debtor. | § § § § § § § | Case No. 17-41320-elm-7 |
| In re<br><br>SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC,<br><br>　　Debtor. | § § § § § § § § | Case No. 17-44248-elm-7 |
| SHAWN K. BROWN, TRUSTEE,<br><br>　　Plaintiff,<br><br>v.<br><br>LLOYD DOUGLAS, *et. al.*,<br><br>　　Defendants. | § § § § § § § § § § § | Adv. No. 20-04059-elm |
| SHAWN K. BROWN, TRUSTEE,<br><br>　　Plaintiff,<br><br>v.<br><br>LLOYD DOUGLAS, *et. al.*,<br><br>　　Defendants. | § § § § § § § § § § § | Adv. No. 20-04060-elm |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court has set a hearing (the "**Hearing**") on **March 19, 2024, at 9:30 a.m.** (prevailing Central Time) on the *Defendants' Motion to Partially Exclude Expert Testimony of Jerry M. Chang* (the "Motion") [Docket No. 75].

The Hearing will be held in-person before the Honorable Edward L. Morris, United States Bankruptcy Court for the Northern District of Texas, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102.

**RESPECTFULLY SUBMITTED** this 12th day of March, 2024.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Davor Rukavina*
Davor Rukavina, Esq.
Texas Bar No. 24030781
500 North Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
drukavina@munsch.com

**ATTORNEYS FOR THE DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 12th day of March, 2024, true and correct copies of this Notice were electronically served by the Court's ECF system on parties entitled to notice in this Adversary Proceeding through their counsel of record, including on counsel for the Trustee.

By: */s/ Davor Rukavina*
Davor Rukavina