Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7500

ATTORNEYS FOR THE DEFENDANTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORTH WORTH DIVISION

| | | |
|---|---|---|
| In re<br><br>DUAL D HEALTH CARE OPERATIONS, INC. d/b/a KEMP CARE CENTER, LLC,<br><br>Debtor. | § § § § § § § § | Case No. 17-41320-elm-7 |
| In re<br><br>SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC,<br><br>Debtor. | § § § § § § § § | Case No. 17-44248-elm-7 |
| SHAWN K. BROWN, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD DOUGLAS, *et. al.*,<br><br>Defendants. | § § § § § § § § § § § | Adv. No. 20-04059-elm |
| SHAWN K. BROWN, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD DOUGLAS, *et. al.*,<br><br>Defendants. | § § § § § § § § § § § | Adv. No. 20-04060-elm |

## DEFENDANTS' OBJECTIONS TO TRUSTEE'S TRIAL EXHIBITS

TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:

COME NOW Lloyd Douglas, Lloyd Douglas Enterprises, L.C., Brownwood Care Center I, Ltd., D-5 Development, LLC, Sunflower Park Holdings, LP, Whispering Pines Healthcare, L.C., Mt. Pleasant Operators, LLC, Specialty Select Care Center, LLC, Graham Investors Group, LLC, Kemp Investor Holdings, LLC, Kerens Care Center, Inc., and River City Life Care, Inc. (collectively, the "Defendants"),[1] the defendants in the two (2) Adversary Proceedings styled and numbered above, and file this their *Objections* (the "Objections") to the *Plaintiff's Consolidated Exhibit List* (the "Exhibits"), filed by Shawn K. Brown (the "Trustee"), the plaintiff in these Adversary Proceedings.

The Defendants object to the following Exhibits, reserving their right to object to relevance of all of the Exhibits at trial:

| Exhibit | Objection(s) |
|---|---|
| 3 | Authentication |
| 6 | Hearsay; foundation (witness not qualified to opine); failure to timely designate alleged lay expert |
| 7 | Hearsay; foundation (witness not qualified to opine); failure to timely designate alleged lay expert |
| 47 | Authentication; hearsay |
| 76 | Hearsay; foundation |
| 78 | Hearsay; no supporting documents |
| 79 | Hearsay; no supporting documents |
| 80 | Hearsay; no supporting documents |
| 81 | Hearsay |
| 83 | Hearsay |
| 86 | Hearsay; foundation |
| 87 | Hearsay; no supporting documents |
| 90 | Hearsay; foundation |
| 91 | Hearsay; foundation |

---

[1] Various of the Defendants have been dissolved, terminated, or cancelled. They appear herein in a limited matter and to a limited extent under protest, and only to the extent that they have any existence left for the purpose of defending against claims. In no way are they reconstituting themselves or waiving any issue or right by defending the Complaint. They reserve all rights regarding the same.

| | |
|---|---|
| 92 | Hearsay; foundation |
| 93 | Hearsay; foundation |
| 94 | Hearsay; foundation |
| 95 | Hearsay; foundation |
| 96 | Hearsay; foundation |
| 97 | Hearsay; foundation |
| 98 | Hearsay; foundation |
| 99 | Hearsay; foundation |
| 100 | Hearsay; foundation |
| 101 | Hearsay; foundation |
| 102 | Hearsay |
| 103 | Hearsay |
| 104 | Hearsay |
| 105 | Hearsay |
| 106 | Hearsay |
| 107 | Hearsay |
| 108 | Hearsay; foundation; expert not qualified |
| 109 | Hearsay; foundation; expert not qualified |
| 110 | Hearsay; foundation; expert not qualified |
| 111 | Hearsay; foundation; expert not qualified |
| 112 | Hearsay; foundation |
| 113 | Hearsay; foundation |
| 114 | Hearsay; foundation |
| 115-133 | Authentication |
| 157 | Hearsay |
| 158 | Hearsay; foundation and qualification of expert; failure to timely designate lay expert witness |
| 159 | Hearsay; foundation and qualification of expert; failure to timely designate lay expert witness |
| 160 | Authentication; hearsay |
| 161 | Authentication; hearsay |
| 162 | No objection to lease; remaining documents appear to be attached in error, as to them authentication and hearsay |
| 163 | Authentication; hearsay |
| 165 | Authentication; hearsay |
| 167 | No exhibit provided; all objections preserved |
| 168 | Authentication; hearsay |
| 169 | Authentication; hearsay |
| 171 | Authentication; hearsay |
| 172 | All rights under Rule 32 preserved |
| 173 | All rights under Rule 32 preserved |
| 174 | All rights under Rule 32 preserved |
| 175 | All rights under Rule 32 preserved; hearsay; foundation and qualification of expert |

| 176 | Need copy of transcript; hearsay; foundation and qualification of expert; failure to timely designate lay expert witness |
| --- | --- |
| 177 | Need copy of transcript; hearsay; foundation and qualification of expert; failure to timely designate lay expert witness |

For the avoidance of doubt, the Defendants reserve and do not waive any objection to the testimony or opinions of Jerry M. Chang, as otherwise briefed by them, together with all of their legal arguments regarding the valuation of tort claims and assets allegedly transferred, as they have otherwise briefed.

RESPECTFULLY SUBMITTED this 18th day of March, 2024.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75202-2790
    Telephone: (214) 855-7500
    Facsimile: (214) 978-4375
    drukavina@munsch.com

**ATTORNEYS FOR THE DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 18th day of March, 2024, true and correct copies of this document were electronically served by the Court's ECF system on all parties to this Adversary Proceeding through their counsel of record, including on counsel for the Trustee.

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.